IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    All discovery deadlines are continued until further order of the Court.

    2.    That the Clerk retire the case listed on the attached Exhibit A from the active docket.

    3.    Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before November 2 2017, if settlements are not finalized and dismissal orders are not submitted on or before November 2, 2017, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

8156316 v1

The Court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __2730__, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

8156316 v1

# EXHIBIT A

# THE POTTS LAW FIRM

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 17-cv-00942 | HAYES, Nancy vs. Boston Scientific Corporation |
| 16-cv-06410 | HEIL, Jacqueline vs. Boston Scientific Corporation |
| 16-cv-08021 | HENDERSON, Lori A. vs. Boston Scientific Corporation |
| 16-cv-07268 | HENDRIX, Louise and Hayes Hendrix vs. Boston Scientific Corporation |
| 14-cv-23274 | HENDRIX, Sylvia Denise vs. Boston Scientific Corporation |
| 12-cv-03424 | HENSLEY, Allene vs. Boston Scientific Corporation and John Doe Corporations 1-50 (fictitious) |
| 15-cv-03077 | HERRING, Karen vs. Boston Scientific Corporation |
| 14-cv-23278 | HETZEL, Michele Ann vs. Boston Scientific Corporation |
| 13-cv-21010 | HIGGINBOTHAM, Emily and Billy Ray Higginbotham, Jr. vs. Boston Scientific Corporation |
| 17-cv-00943 | HIGHSMITH, Mary vs. Boston Scientific Corporation |
| 13-cv-21581 | HILL, Mary vs. Boston Scientific Corporation |
| 16-cv-07269 | HILLER, Angel vs. Boston Scientific Corporation |
| 17-cv-00003 | HOGAN, Louise vs. Boston Scientific Corporation |
| 14-cv-16235 | HOMAN, Shila L. vs. Boston Scientific Corporation |
| 16-cv-02584 | HOPPER, Tamer vs. Boston Scientific Corporation |

8156316 v1

| | |
|---|---|
| 14-cv-23280 | HOUGH, Rebecca and Roy Billy Hulon vs. Boston Scientific Corporation |
| 16-cv-03513 | HOUSTON, Betty vs. Boston Scientific Corporation |
| 16-cv-09924 | HOUSTON, Kay vs. Boston Scientific Corporation |
| 14-cv-18243 | HOVE, Peni vs. Boston Scientific Corporation |
| 16-cv-09270 | HRONEK, Christine vs. Boston Scientific Corporation |
| 14-cv-23283 | HUDGENS, Mary vs. Boston Scientific Corporation |
| 14-cv-15108 | HUMMELL, Faith and Michael Hummell vs. Boston Scientific Corporation |
| 17-cv-00638 | JAMES, Catherine vs. Boston Scientific Corporation |
| 14-cv-15440 | MARTIN, Connie vs. Boston Scientific Corporation; |
| 14-cv-23285 | JESSOP, Stacy M. and Edson LeMar Jessop vs. Boston Scientific Corporation |
| 15-cv-09534 | JETER, Kasha vs. Boston Scientific Corporation |
| 16-cv-09277 | JOHNSON, Helen and Claudell Johnson vs. Boston Scientific Corporation |
| 16-cv-04302 | JOHNSON, Irene and Daniel Johnson vs. Boston Scientific Corporation |
| 14-cv-15945 | JOHNSON, Terry Audrey and Sam Johnson vs. Boston Scientific Corporation |
| 14-cv-23287 | JOHNSTON, Catherine Bree and Steven A. Lyons vs. Boston Scientific Corporation |
| 14-cv-18244 | JOHNSTON, Karen vs. Boston Scientific Corporation, |
| 15-cv-06095 | JONES, Susan K. and Jerry Don Jones vs. Boston Scientific Corporation |

8156316 v1

| | |
|---|---|
| 16-cv-02212 | JORDAN, Donna Sue and Jerry Jordan vs. Boston Scientific Corporation |
| 15-cv-15170 | JOYNER, Angela and Charles Joyner vs. Boston Scientific Corporation |
| 16-cv-04024 | JUDE, Brenda vs. Boston Scientific Corporation |
| 16-cv-05898 | JUDY, Andrea and Hubert Judy, II vs. Boston Scientific Corporation |
| 14-cv-23106 | KABAT, Shawn vs. Boston Scientific Corporation |
| 15-cv-11717 | KACZMARSKI, Cindy and Richard Kaczmarski vs. Boston Scientific Corporation |
| 15-cv-06199 | KANEY, Cathy vs. Boston Scientific Corporation |
| 16-cv-03180 | KAPLON, Syble vs. Boston Scientific Corporation |
| 14-cv-23107 | KAUPP, Marcella Gaye and Fredric Kaupp vs. Boston Scientific Corporation |
| 16-cv-06411 | KEELER, Tammy vs. Boston Scientific Corporation |
| 14-cv-23108 | KENDALL, Robyn and Thomas William Kendall vs. Boston Scientific Corporation |
| 13-cv-02792 | KETCHEM, Barbara vs. Boston Scientific Corporation |
| 12-cv-09830 | KINDRICK, Lisa and Mark Kindrick vs. Boston Scientific Corporation |
| 16-cv-02586 | KING, Charlotte vs. Boston Scientific Corporation |
| 17-cv-00514 | KING, Toya M. and Gazzara King vs. Boston Scientific Corporation |
| 16-cv-07175 | KNIGHT, Jenise D. vs. Boston Scientific Corporation |
| 14-cv-18245 | KNOX, Donna vs. Boston Scientific Corporation |

8156316 v1

| 14-cv-23109 | LAKE, Michele Denise vs. Boston Scientific Corporation |
|---|---|
| 14-cv-23110 | LAMBERT, Dana M. vs. Boston Scientific Corporation |
| 15-cv-13106 | LAMBETH, Linda J. and Steven Lambeth vs. Boston Scientific Corporation |
| 15-cv-15666 | LANDOLT, Debbra and Jerome W. Landolt vs. Boston Scientific Corporation |
| 17-cv-00735 | LARA, Catherine and David Lara vs. Boston Scientific Corporation |
| 16-cv-07776 | LARIOS, Rosa M. vs. Boston Scientific Corporation |
| 13-cv-01050 | LARSON, Kim and Paul Marvine vs. Boston Scientific Corporation |
| 17-cv-01279 | LAWSON, Susan vs. Boston Scientific Corporation |
| 16-cv-02587 | LEE, Melissa vs. Boston Scientific Corporation |
| 15-cv-15215 | LEGARRETTA, Deana V. and Anthony Legarretta vs. Boston Scientific Corporation |
| 15-cv-08254 | LEON, Denice vs. Boston Scientific Corporation |
| 13-cv-00152 | LEVALDO, Miriam vs. Boston Scientific Corporation |
| 14-cv-17617 | LILLY, Dixie and Larry Charles Lilly, Sr. vs. Boston Scientific Corporation |
| 15-cv-07155 | LOERA, Leticia vs. Boston Scientific Corporation |
| 16-cv-07162 | LOFLIN, Cyndi vs. Boston Scientific Corporation |
| 16-cv-11950 | LONG, Shirley vs. Boston Scientific Corporation |
| 16-cv-12377 | LOUT, Shirley and James B. Lout vs. Boston Scientific Corporation |

8156316 v1

| | |
|---|---|
| 15-cv-03078 | LUNSFORD, Dianna L. vs. Boston Scientific Corporation |
| 15-cv-13323 | LUPER, Julie M. vs. Boston Scientific Corporation |
| 16-cv-07688 | MAES, Carrie L. vs. Boston Scientific Corporation |
| 15-cv-12843 | MAHL, Diane vs. Boston Scientific Corporation |
| 14-cv-14293 | MAJEWSKI, Karen vs. Boston Scientific Corporation |
| 15-cv-09315 | MALAGARIE, Jill vs. Boston Scientific Corporation |
| 14-cv-18246 | MANKA, Janice L. and Doanld Manka vs. Boston Scientific Corporation |
| 16-cv-09559 | MANKOWSKI, Wrenda vs. Boston Scientific Corporation |
| 14-cv-16939 | MANZI, Teresa vs. Boston Scientific Corporation |
| 16-cv-02588 | MARCHAND, Sara and Timothy James Marchand vs. Boston Scientific Corporation |
| 17-cv-00515 | MARQUEZ, Ofelia O. and Jose Marquez vs. Boston Scientific Corporation |
| 16-cv-07270 | MARSHALL, Mary B. and Raymond Frederick Marshall vs. Boston Scientific Corporation |
| 14-cv-23113 | MARTIN, Vickie Lynn vs. Boston Scientific Corporation |
| 15-cv-04419 | MARTINEZ, Deborah and David Martinez vs. Boston Scientific Corporation |
| 16-cv-03868 | MATTER, Rochelle vs. Boston Scientific Corporation |
| 16-cv-05108 | MCCULLOUGH, Janice Karen and Richard McCullough vs. Boston Scientific Corporation |
| 15-cv-03079 | MCENTEE, Courtney vs. Boston Scientific Corporation |

8156316 v1

| 16-cv-01788 | MCKINNEY, Seneca and Thomas B. McKinney vs. Boston Scientific Corporation |
| --- | --- |
| 12-cv-07250 | MCNAMARA, Danielle and Cory McNamara vs. Boston Scientific Corporation |
| 16-cv-04403 | MCQUEEN, Christine vs. Boston Scientific Corporation |
| 14-cv-23115 | MEINKE, Kathleen and Bruce Meinke vs. Boston Scientific Corporation |
| 14-cv-16940 | MELENDY, Dolores vs. Boston Scientific Corporation |
| 13-cv-20136 | MELTON, Mary vs. Boston Scientific Corporation |
| 15-cv-14766 | MILLER, Cathy A. vs. Boston Scientific Corporation |
| 16-cv-07176 | MILLER, Lisa D. and Danny Miller vs. Boston Scientific Corporation |
| 16-cv-11952 | MILLER, Sylvia vs. Boston Scientific Corporation |
| 15-cv-09316 | MILLER, Tina vs. Boston Scientific Corporation |
| 16-cv-00004 | MITCHELL, Yvonne vs. Boston Scientific Corporation |
| 17-cv-00944 | MOEGELIN, Davonna and Walter William Moegelin, Jr. vs. Boston Scientific Corporation |
| 16-cv-02590 | MONTGOMERY, Nedra vs. Boston Scientific Corporation |
| 16-cv-10476 | MOODY, Cora and William Mason vs. Boston Scientific Corporation |
| 16-cv-09278 | MORELLI, Betty vs. Boston Scientific Corporation. |
| 16-cv-05477 | MORREALE, Betty and Joe Morreale vs. Boston Scientific Corporation |
| 14-cv-17619 | MORRIS, Judith A. vs. Boston Scientific Corporation |

8156316 v1

| 16-cv-09560 | MORRIS, Tammi L. and Charles F. Morris vs. Boston Scientific Corporation |
|---|---|
| 14-cv-23116 | MORSE, Sharon vs. Boston Scientific Corporation |
| 17-cv-00005 | MOXLEY, Nancy L. and Bradford Moxley vs. Boston Scientific Corporation |
| 17-cv-00945 | MYERS, Alice and Lester Myers vs. Boston Scientific Corporation |
| 13-cv-12546 | MYERS, Carole vs. Boston Scientific Corporation |
| 15-cv-03082 | MYERS, Karen vs. Boston Scientific Corporation |
| 14-cv-16942 | MYHAND, Stayce vs. Boston Scientific Corporation |
| 13-cv-15491 | NARD, Janice and Larry E. Nard vs. Boston Scientific Corporation |
| 15-cv-05170 | NASH, Dixie Dawn and Lewis David Nash vs. Boston Scientific Corporation |
| 16-cv-08019 | NATION, Cheryl and John Edward Nation vs. Boston Scientific Corporation |
| 15-cv-11988 | NELSON, Diane L. vs. Boston Scientific Corporation |
| 14-cv-23118 | NELSON, Pamela vs. Boston Scientific Corporation |
| 14-cv-23119 | NESBIT, Gertrude H. vs. Boston Scientific Corporation |
| 14-cv-23120 | NEWELL, Betty L. vs. Boston Scientific Corporation |
| 14-cv-16256 | NEWMAN, Jennifer and John Andrew Newman vs. Boston Scientific Corporation |
| 14-cv-16257 | NEWSOM, Cheryl vs.Boston Scientific Corporation |
| 14-cv-16237 | NIKODEM, Gina Marie and Dean Robert Nikodem vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-23121 | NOER, Constance vs. Boston Scientific Corporation |
| 17-cv-00639 | ORR, Jacqueline vs. Boston Scientific Corporation |
| 14-cv-23122 | OTTO, Christine vs. Boston Scientific Corporation |
| 16-cv-07271 | OUSLEY, Elizabeth and Earl Ousley vs. Boston Scientific Corporation |
| 16-cv-02215 | PADDOCK, Mary vs. Boston Scientific Corporation |
| 13-cv-12121 | PALMER, Mary vs. Boston Scientific Corporation |
| 16-cv-07163 | PANTALEO, Jacqueline vs. Boston Scientific Corporation |
| 14-cv-23123 | PARKER, Kristin vs. Boston Scientific Corporation |
| 15-cv-14449 | PARKS, Donnavere L. vs. Boston Scientific Corporation |
| 13-cv-09355 | PATE, Connie and Fred C. Pate vs. Boston Scientific Corporation |
| 15-cv-04213 | PERDUE, Lisa G. and Harold Perdue vs. Boston Scientific Corporation |
| 14-cv-18249 | PEREZ, Emma and Harry Perez vs. Boston Scientific Corporation |
| 17-cv-00007 | PEREZ, Emma L. and Jessie Perez, Jr. vs. Boston Scientific Corporation |
| 12-cv-06885 | PERKINS, Deborah vs. Boston Scientific Corporation |
| 16-cv-00005 | PETERSON, Kathleen Marie vs. Boston Scientific Corporation |
| 14-cv-16238 | PETRICH, Phyllis and Sheldon J. Petrich vs. Boston Scientific Corporation |
| 15-cv-07157 | PETTIT, Carolyn and James P. Pettit vs. Boston Scientific Corporation |

8156316 v1

| | |
|---|---|
| 14-cv-16943 | PIGGEE, Daphne vs. Boston Scientific Corporation |
| 13-cv-15952 | PIKA, Patricia and Daniel Pika vs. Boston Scientific Corporation |
| 12-cv-07996 | PLATT, Annie L. vs. Boston Scientific Corporation |
| 15-cv-02530 | PONCE, Cecila vs. Boston Scientific Corporation |
| 17-cv-00517 | PORTER, Kathleen S. vs. Boston Scientific Corporation |
| 15-cv-11232 | POWELL, Dawn and Jason Powell vs. Boston Scientific Corporation |
| 12-cv-04334 | POYNTER, Irene vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) |
| 13-cv-12536 | PRICKETT, Rhonda vs. Boston Scientific Corporation |
| 14-cv-23125 | PRZEMIELEWSKI, Lynn M. and John Przemielewski vs. Boston Scientific Corporation |
| 16-cv-05899 | PUGH, Tina L. vs. Boston Scientific Corporation |
| 16-cv-01581 | PURDY, Carolyn Lugia vs. Boston Scientific Corporation |
| 16-cv-12378 | RADIMECKY, Maxine vs. Boston Scientific Corporation |
| 16-cv-04404 | RAINS-STEPHENS, Patsy L. and Jim Stephens vs. Boston Scientific Corporation |
| 14-cv-23127 | RAMIREZ, Silvia and Francisco Ramirez vs. Boston Scientific Corporation |
| 15-cv-06098 | RANKIN, Sonya Christina vs. Boston Scientific Corporation |
| 16-cv-09408 | REYES, Carmen and Joaquin Reyes vs. Boston Scientific Corporation |
| 16-cv-04915 | REYES, Janet and Randy Reyes vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-23128 | RICE, Carolyn Ruth and Elsworth Rice vs. Boston Scientific Corporation |
| 14-cv-16239 | RICHARDSON, Bettye vs. Boston Scientific Corporation |
| 14-cv-23131 | RIGEL, Christine vs. Boston Scientific Corporation |
| 17-cv-00008 | RIOS, Joni L. and Raymond R. Rios vs. Boston Scientific Corporation |
| 12-cv-07834 | ROBINETTE, Brenda S. and Kenneth Robinette vs. Boston Scientific Corporation |
| 16-cv-08022 | ROGERS, Kelly and David Rogers vs. Boston Scientific Corporation |
| 15-cv-05171 | ROLLINS, Mary G. vs. Boston Scientific Corporation |
| 16-cv-07272 | ROSS, Anita vs. Boston Scientific Corporation |
| 12-cv-03425 | ROSS, Sandra vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) |
| 12-cv-03514 | ROUGEAU, Dorothy and Melvin Rougeau vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) |
| 15-cv-06450 | ROWLAND, Crystal Leigh vs. Boston Scientific Corporation |
| 13-cv-33325 | SAINZ, Dora Elia and Jorge Sainz vs. Boston Scientific Corporation |
| 15-cv-05520 | SALAICES, Tammy vs. Boston Scientific Corporation |
| 15-cv-15217 | SALISBURY, Shirley J. vs. Boston Scientific Corporation |
| 16-cv-08023 | SALTER, Kay vs. Boston Scientific Corporation |
| 15-cv-11715 | SAMPLE, Cindy vs. Boston Scientific Corporation |
| 16-cv-07689 | SANDSTROM-SMITH, Stephanie and Richard Benjamin Smith vs. Boston Scientific Corporation |

| 16-cv-09409 | SCHAFER, Deborah K. vs. Boston Scientific Corporation |
|---|---|
| 16-cv-05111 | SCHARDAN, Jodi and Daniel Schardan vs. Boston Scientific Corporation |
| 14-cv-23136 | SCHULTZ, Leanne and Jason Schultz vs. Boston Scientific Corporation |
| 16-cv-05490 | SELF, Carla and Elza Self vs. Boston Scientific Corporation |
| 14-cv-23137 | SENECAL, Darlene Marie vs. Boston Scientific Corporation |
| 12-cv-03512 | SENNINGER, Dorothy vs. Boston Scientific Corporation, and John Doe Corporations 1-50 (fictitious) |
| 12-cv-05947 | SHAW, Shirley vs. Boston Scientific Corporation |
| 14-cv-23141 | SHOCKLEE, Pennie vs. Boston Scientific Corporation |
| 16-cv-07164 | SIEGER, Helen and Edward R. Sieger, Jr. vs. Boston Scientific Corporation |
| 14-cv-23144 | SIMPSON, Ruth V. vs. Boston Scientific Corporation |
| 14-cv-23147 | SKIBO, Margaret L. and Adolph Skibo vs. Boston Scientific Corporation |
| 15-cv-12851 | SLANKARD, Michelle Dawn and Mike Slankard vs. Boston Scientific Corporation |
| 15-cv-11235 | SLATE, Jennifer M. vs. Boston Scientific Corporation |
| 16-cv-09272 | SMITH, April vs. Boston Scientific Corporation. |
| 16-cv-02036 | SMITH, Cheryl A. and David Smith vs. Boston Scientific Corporation |
| 16-cv-05278 | SMITH, Janet and Allan D. Smith vs. Boston Scientific Corporation |
| 15-cv-04422 | SNIDER, Annette M. and Eric Snider vs. Boston Scientific Corporation |

| 14-cv-16242 | SNOW, Catherine M. vs. Boston Scientific Corporation |
| --- | --- |
| 17-cv-00518 | SNOW, Ludean A. and Quentin E. Snow vs. Boston Scientific Corporation |
| 14-cv-16243 | SODERMAN, Dorinda M. vs. Boston Scientific Corporation |
| 16-cv-00012 | SPAIGHT, Patra C. and Ralph Spaight vs. Boston Scientific Corporation |
| 16-cv-09307 | ST. ONGE, Janeen vs. Boston Scientific Corporation |
| 16-cv-07165 | STEPHENSON, Judy and Robert Stephenson vs. Boston Scientific Corporation |
| 16-cv-09274 | STIER, Rhiannon and Daniel Stier vs. Boston Scientific Corporation |
| 15-cv-07565 | STOLZ, Joan and Philip O. Stolz vs. Boston Scientific Corporation |
| 17-cv-00640 | STONE, Elizabeth and William Stone, Jr. vs. Boston Scientific Corporation |
| 17-cv-00519 | STRACHAN, Joanne vs. Boston Scientific Corporation |
| 16-cv-01790 | STROUD, Betty vs. Boston Scientific Corporation |
| 14-cv-02476 | STUDEBAKER, Kathy L. and Don E. Buchanan vs. Boston Scientific Corporation |
| 14-cv-23152 | SUMMY, Judy and Laren Wayne Summy vs. Boston Scientific Corporation |
| 17-cv-00641 | SWIERSZ, Clara and Edward Swiersz vs. Boston Scientific Corporation |

8156316 v1